IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Julie Kelly
Plaintiff,

vs.

First Data Corporation, Frank Bisignano, Rebin Ording, Jackson Lewis PC, Matthew Byrne, Saul Ewing Arnstein & Lehr and Gillian Cooper
Defendant.

Case Number: 1:19CV372

Judge: DLOTT M.J. BOWMAN

FILED
RICHARD W NAGEL
CLERK OF COURT
2019 MAY 20 AM 10:13
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST. DIV. CINCINNATI

## MOTION BY PRO SE LITIGANT TO OBTAIN
## ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, Julie Kelly, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
3. I have access to the technical requirements necessary to e-file successfully:
   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and
   - A PACER account.
4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual issued by the Clerk.
5. I understand that permission to file electronically may be revoked at any time.

Date: 5/20/2019

Signature: Julie Kelly
Pro Se
Name: Julie Kelly
Address: 823 Dorgene Lane
Cincinnati OH 45244
Phone Number: 513 806 4893
E-Mail Address: jul_kelly@mac.com
underscore