# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | Civil Action No. 1:19CV372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIRST DATA CORPORATION
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Julie Kelly
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAY 20 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | Civil Action No. 1:19CV372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRANK BISIGNANO
20 Jared Court
Watchung, NJ 07069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: MAY 2 0 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | Civil Action No. 1:19CV372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATTHEW BYRNE
PNC Center
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: MAY 20 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | Civil Action No. 1:19CV372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JACKSON LEWIS, PC
PNC Center
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court

Date: MAY 20 2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1819CV372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GILLIAN COOPER
650 College Road East
Suite 4000
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAY 20 2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JULIE KELLY <br> *Plaintiff(s)* <br> v. <br> FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:19 CV 372 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBIN ORDING
First Data Corporation
101 Hudson Street
Jersey City, NJ 07311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAY 20 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | ) | |
|---|---|---|
| JULIE KELLY | ) ) ) ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1:19CV372 |
| v. | ) ) | |
| FIRST DATA CORPORATION, FRANK BISIGNANO, ROBIN ORDING, JACKSON LEWIS, PC, MATTHEW BYRNE, SAUL EWING ARNSTEIN & LEHR, and GILLIAN COOPER | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ SAUL EWING ARNSTEIN & LEHR
650 College Road East
Suite 4000
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JULIE KELLY
823 Dorgene Lane
Cincinnati, OH 45244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAY 2 0 2019

_Signature of Clerk or Deputy Clerk_