UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE KELLY, | Case Number: 1:19-cv-00372 |
| Plaintiff, | Dlott, J.; Bowman, M.J. |
| v. | |
| FIRST DATA CORPORATION, et al., | **ORDER** |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff's Motion to Obtain Electronic Case Filing Rights (doc. 2).

Having reviewed this matter, the Court finds that Plaintiff does meet all necessary requirements to participate as an electronic filer in the Court's electronic filing. Accordingly, the Court hereby GRANTS Plaintiff's motion (doc. 2s). This authorization is limited to electronic filings made by Plaintiff in this case only. Plaintiff shall ensure that she complies with all provisions of this Court Electronic Filing Policies and Procedures Manual, which is available on the Court's website, www.ohsd.uscourts.gov. Failure to do so will result in a revocation of this Order.

**SO ORDERED**.

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge