Julie Kelly (Pro Se)
823 Dorgene Lane
Cincinnati, Ohio 45244
Telephone (513) 806.4893
*Jul_kelly@mac.com*

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE KELLY, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation;<br><br>FRANK BISIGNANO, an individual;<br><br>ROBIN ORDING, an individual;<br><br>JACKSON LEWIS PC, a Pennsylvania professional corporation;<br><br>MATTHEW BYRNE, an individual;<br><br>SAUL EWING ARNSTEIN & LEHR, a Delaware limited liability partnership; and<br><br>GILLIAN COOPER, an individual<br><br>Defendants. | Civil Case No. 1:19-cv-00372-SJD-SKB<br><br><br>**SUPPLEMENT TO CONSOLIDATED OPPOSITION**<br>**[Docket #29]** |

1

## SUPPLEMENT TO CONSOLIDATED OPPOSITION

I, Julie Kelly, Plaintiff (pro se) respectfully file this supplement to my CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS [Docket Nos. 17, 19 & 22] (Docket 29). I inadvertently did not include an Exhibit. Attached hereto is a Supplement to Exhibit A. (Docket 29-1)

DATED:    September 3, 2009

                                                     Respectfully Submitted,

                                                     /s/ Julie Kelly
                                                     Julie Kelly, Plaintiff (Pro Se)