IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JULIE KELLY** | : | Case No. 1:19-CV-372 |
| | : | |
| **Plaintiff** | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| **FIRST DATA CORPORATION, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
BY DEFENDANTS JACKSON LEWIS P.C. AND MATTHEW BYRNE**

In her Consolidated Response to Defendants' Motions to Dismiss (Doc. No. 29), Plaintiff Julie Kelly raises no new or substantive issues that necessitate a reply from these Defendants. The irrefutable law and facts stated in the Motion to Dismiss by Defendants Jackson Lewis, P.C. and Matthew Byrne (Doc. No. 17) warrant a dismissal of the claims against them, with prejudice.

Respectfully submitted,

/s/ *Daniel G. Rosenthal*
Daniel G. Rosenthal, Trial Attorney (OH # 0010119)
Gretchen M. Treherne (OH # 0074376)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
Email:  Daniel.Rosenthal@jacksonlewis.com;
Gretchen.Treherne@jacksonlewis.com

*Attorneys for Defendants Jackson Lewis P.C.
and Matthew Byrne*

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to Plaintiff Julie Kelly, jul_kelly@mac.com, and all counsel of record, including counsel for Defendants First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr, LLP and Gillian Cooper: Laura E. Salzman, lsalzman@ralaw.com, Gary B. Eidelman, gary.eidelman@saul.com, Michael P. Cianfichi, michael.cianfichi@saul.com.

/s/ *Daniel G. Rosenthal*
Daniel G. Rosenthal

4846-8881-8341, v. 1