Julie Kelly (Pro Se)
823 Dorgene Lane
Cincinnati OHIO 45244
Telephone (513) 806.4893
*jul_kelly@mac.com*

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE KELLY, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation;<br><br>FRANK BISIGNANO, an individual;<br><br>ROBIN ORDING, an individual;<br><br>JACKSON LEWIS PC, a Pennsylvania professional corporation;<br><br>MATTHEW BYRNE, an individual;<br><br>SAUL EWING ARNSTEIN & LEHR, a Delaware limited liability partnership; and<br><br>GILLIAN COOPER, an individual<br><br>Defendants. | Civil Case No. 1:19-cv-00372-SJD-SKB<br><br><br><br>**MOTION TO REQUEST ADDITIONAL TIME TO RESPOND TO MOTIONS ON REPORT AND RECOMMENDATIONS [35] AND PRELIMINARY PRETRIAL CONFERENCE NOTICE: Rule 26(f) Meeting Report [36]** |

# MOTION TO REQUEST ADDITIONAL TIME TO RESPOND TO MOTIONS ON REPORT AND RECOMMENDATIONS [35] AND PRELIMINARY PRETRIAL CONFERENCE NOTICE: Rule 26(f) Meeting Report [36]

I am Julie Kelly, plaintiff in this case ("Plaintiff"), and representing myself *pro se*. I filed a Complaint against the Defendants on May 20, 2019 [Docket No. 1]. I respectfully request an extension of time to file my response to the motions on Report and Recommendations and Preliminary Pretrial Conference Notice: Rule 26(f) Meeting Report. I will have my response completed and filed by 4/6/20 and 4/22/20.

I have received the Motions on Report and Recommendations [ Docket No. 35] by Magistrate Judge Stephanie Bowman. I am not a lawyer and I respectfully request additional time to research and prepare my response. I have invested an incredible amount of time on this case and want to be completely prepared in my response.

I additionally request an extension on the Preliminary Pretrial Conference Notice: Rule 26(f) Meeting Report due by 2/26/2020 [ Docket No. 36] to 4/22/20. No harm will be done by granting me more time.

DATED:     February 9, 2020

Respectfully Submitted,

 /s/ Julie Kelly
Julie Kelly, Plaintiff (Pro Se)