**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JULIE KELLY** | : | Case No. 1:19-CV-372 |
| **Plaintiff** | : | |
| | : | Judge Douglas R. Cole |
| v. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| **FIRST DATA CORPORATION, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO MAGISTRATE'S REPORT AND RECOMMENDATIONS BY DEFENDANTS JACKSON LEWIS P.C. AND MATTHEW BYRNE**

Defendants Jackson Lewis, P.C. and Matthew Byrne oppose Plaintiff's Motion[1] (Doc. No. 37) for a two-month extension to file objections to the Magistrate's Report and Recommendation (Doc. No. 35). Federal Rule of Civil Procedure 72(b)(2) provides for 14 days to file objections. Although these Defendants do not oppose one 14-day extension for Plaintiff to file her objections to the Magistrate's Report and Recommendation which properly recommended that the claims against these Defendants be dismissed, Plaintiff has not shown good cause for a two-month extension. Plaintiff's request unnecessarily seeks to delay the resolution of this case.

---

[1] Plaintiff's Motion is titled "Motion to Request Additional Time to Respond to Motions on Report and Recommendations [35] and Preliminary Pretrial Conference Notice: Rule 26(f) Meeting [36]."

Respectfully submitted,

/s/ *Daniel G. Rosenthal*
Daniel G. Rosenthal, Trial Attorney (OH # 0010119)
Gretchen M. Treherne (OH # 0074376)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
Email:  Daniel.Rosenthal@jacksonlewis.com;
          Gretchen.Treherne@jacksonlewis.com

*Attorneys for Defendants Jackson Lewis P.C. and Matthew Byrne*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2020, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to Plaintiff Julie Kelly, jul_kelly@mac.com, and all counsel of record, including counsel for Defendants First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr, LLP and Gillian Cooper: Laura E. Salzman, lsalzman@ralaw.com, Gary B. Eidelman, gary.eidelman@saul.com, Michael P. Cianfichi, michael.cianfichi@saul.com.

/s/ *Daniel G. Rosenthal*
Daniel G. Rosenthal

4852-7812-5492, v. 1