UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE KELLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, et al.,<br><br>　　　　Defendants. | CASE NO. 1:19-cv-00372<br><br>JUDGE SUSAN J. DLOTT<br>MAG. JUDGE STEPHANIE K. BOWMAN<br><br>**MOTION JOINING THE MEMORANDUM OF DEFENDANTS JACKSON LEWIS P.C. AND MATTHEW BYRNE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO MAGISTRATE'S REPORT AND RECOMMENDATIONS** |

　　　　For the reasons set forth in the Memorandum in Opposition to Plaintiff's Motion for Extension to Respond to Magistrate's Report and Recommendations, filed by Defendants Jackson Lewis P.C. and Matthew Byrne (Doc. #38), Defendants First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr LLP, and Gillian Cooper, by and through their undersigned counsel, oppose Plaintiff's request for an extension of two months, but have no objection to a fourteen-day extension for Plaintiff to file her objections to the Magistrate's Report and Recommendation.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura E. Salzman
　　　　　　　　　　　　　　　　　　　　　　　　Laura E. Salzman (0095304)
　　　　　　　　　　　　　　　　　　　　　　　　Roetzel & Andress, LPA
　　　　　　　　　　　　　　　　　　　　　　　　250 East Fifth Street, Suite 310
　　　　　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 513-361-0200
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 513-361-0335
　　　　　　　　　　　　　　　　　　　　　　　　Email: lsalzman@ralaw.com

　　　　　　　　　　　　　　　　　　　　　　　　*Of Counsel*

14706714 _1

        Gary B. Eidelman (*pro hac admission*)
        Michael P. Cianfichi (*pro hac admission*)
        Saul Ewing Arnstein & Lehr LLP
        500 East Pratt Street, Suite 900
        Baltimore, Maryland 21202
        Telephone: 410-332-8975
        Fax: 410-332-8976
        Email: gary.eidelman@saul.com
               michael.cianfichi@saul.com

*Attorneys for Defendants First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr, LLP, and Gillian Cooper*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2020, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notification to all counsel of record via the Court's electronic filing system.

        */s/ Laura E. Salzman*
        Laura E. Salzman