UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JULIE KELLY,**

    **Plaintiff,**

    v.

**FIRST DATA CORPORATION,** *et al.*,

    **Defendants.**

Case No. 1:19-cv-372
JUDGE DOUGLAS R. COLE

## ORDER

This cause comes before the Court on the Motion for Extension (Doc. 37) filed by Plaintiff Julie Kelly, who proceeds pro se, requesting an additional two months to file objections to the Magistrate Judge's Report and Recommendation. Defendants Jackson Lewis, P.C., Matthew Byrne, First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr LLP, and Gillian Cooper oppose Kelly's Motion (*see* Docs. 38, 39), but do not oppose a 14-day extension for Kelly to file objections, if any. As Jackson Lewis and Byrne point out, Federal Rule of Civil Procedure 72(b)(2) provides for 14 days to file objections to a magistrate judge's report and recommendation that addresses dispositive motions. Fed. R. Civ. P. 72(b)(2). And while Rule 6(b) permits extending the deadline for objections, the Court may only do so for "good cause." Fed. R. Civ. P. 6(b). Here, Kelly requests more time to file an objection because she is not a lawyer, needs additional time to research and prepare a response, and wants to be completely prepared. Moreover, Kelly contends that no harm would be done if the Court granted her two additional months to respond.

Kelly has failed to show good cause to extend the deadline by two months. The laxity accorded to pro se litigants applies only to pleading standards, not to straightforward scheduling requirements, which are as understandable by laymen as by lawyers. *Smith v. Montgomery Cnty. Sheriff's Office*, No. 3:10-cv-448, 2013 WL 2156319, at *5 (S.D. Ohio May 17, 2013) (citing *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991)). "Out of a sense of fairness for other parties who choose counsel and must bear the risk of their attorney's mistakes, no special treatment is to be afforded to ordinary civil litigants who proceed pro se." *Smith*, at *5 (citing *Brock v. Hendershott*, 840 F.2d 339, 342–43 (6th Cir. 1988)).

That said, the defendants do not oppose a limited extension for Kelly to perform legal research and prepare her objection to the Magistrate Judge's Report and Recommendation. Seeing as the 43-page Report and Recommendation addressed three separate motions that related to seven different defendants and eight claims arising from state and federal law, the Court acknowledges that any litigant— licensed or pro se—might understandably need additional time to thoroughly prepare an objection. While a 60-day extension is unreasonable, a 28-day extension is not.

Accordingly, the Court **GRANTS in PART** Kelly's Motion for Extension (Doc. 37) and **EXTENDS** the deadline for filing objections to the Report and Recommendation to **March 9, 2020**.

**SO ORDERED.**

February 13, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**