**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| JULIE KELLY, | Case No. 1:19-cv-00372 |
| Plaintiff, | Cole, J. |
| | Bowman, M.J. |
| vs. | |
| FIRST DATA CORPORATION, et al., | |
| Defendants. | |

**ORDER**

This matter is before the Court on <u>pro se</u> Plaintiff's Motion for Extension of Time to File Objections to Report and Recommendation and to File Rule 26(f) Meeting Report (doc. 37). By separate Order, the presiding judge has granted Plaintiff an extension of time until March 9, 2020 in which to file objections to the Report and Recommendation (doc. 40). Based on this, the undersigned finds a corresponding extension of time for the parties to file their Rule 26(f) Report to be appropriate.

Accordingly, Plaintiff's motion (doc. 37) is hereby **GRANTED** to the extent that the parties shall have until **March 9, 2020** in which to meet, confer and file their Rule 26(f) Joint Discovery Plan with the Court.

**SO ORDERED**.

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge
