UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE KELLY, | CASE NO. 1:19-cv-00372 |
| Plaintiff, | JUDGE SUSAN J. DLOTT |
| v. | MAG. JUDGE STEPHANIE K. BOWMAN |
| FIRST DATA CORPORATION, et al., | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | |

Laura E. Salzman, counsel of record for Defendants First Data Corporation, Frank Bisignano, Robin Ording, Saul Ewing Arnstein & Lehr LLP, and Gillian Cooper hereby provides the Court and counsel notice of her new address, effective March 3, 2020:

Laura E. Salzman
Roetzel & Andress, LPA
625 Eden Park Drive, Suite 450
Cincinnati, Ohio 45202

Please direct all notices, pleadings and other filings to the above address henceforth.

Respectfully submitted,

/s/ Laura E. Salzman
Laura E. Salzman (0095304)
Roetzel & Andress, LPA
625 Eden Park Drive, Suite 450
Cincinnati, Ohio 45202
513-361-0200 – 513-361-0335 – Fax
Email: lsalzman@ralaw.com

*Of Counsel*

Gary B. Eidelman (*pro hac admission*)
Michael P. Cianfichi (*pro hac admission*)
Saul Ewing Arnstein & Lehr LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-332-8975 – 410-332-8976 – Fax
Email: gary.eidelman@saul.com
           michael.cianfichi@saul.com
*Attorneys for Defendants First Data Corporation, Frank Bisignano, Robin Ording,*

14791770 _1

*Saul Ewing Arnstein & Lehr, LLP, and Gillian Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notification to all counsel of record via the Court's electronic filing system.

*/s/ Laura E. Salzman*
Laura E. Salzman