**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JULIE KELLY,

    Plaintiff,

vs.

FIRST DATA CORPORATION, et al.,

    Defendants.

Case No.: 1:19-cv-00372

Cole, J.
Bowman, M.J.

## ORDER

This matter came before the Court pursuant to a telephone scheduling conference. The parties were advised of a recently developed potential conflict of interest and given an opportunity to be heard. Having heard no objection the undersigned determines the conflict does not reach the level that would require a recusal.

Furthermore, the parties agreed that a stay of the calendar would be prudent given the pending Report and Recommendation. The Court agrees. Thus, the calendar is hereby stayed until such time as Judge Cole rules on the pending Report and Recommendation. Within 14 days following the docketing of said order, the remaining parties shall file a proposed calendar order.

    IT IS SO ORDERED.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge