# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JULIE KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION,<br><br>        Defendant. | Civil Case No. 1:19-cv-00372<br>Judge Douglas R. Cole<br>Magistrate Judge Stephanie Bowman<br><br>**DEFENDANT FIRST DATA CORPORATION'S DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and S.D. Ohio Civ. R. 7.1.1, Defendant First Data Corporation ("First Data") states as follows:

1. First Data is a non-governmental corporate entity. First Data is a wholly owned subsidiary of Fiserv, Inc ("Fiserv").

2. Fiserv, a publicly-held corporation, is a non-governmental corporate entity. Kohlberg Kravis Roberts & Co. L.P., a publicly-held entity, directly and/or indirectly owns more than ten percent (10%) of the stock of Fiserv.

Dated: July 14, 2020

                                          Respectfully submitted,

                                          */s/ Laura E. Salzman*
                                          Laura E. Salzman (0095304)
                                          ROETZEL & ANDRESS, LPA
                                          250 East Fifth Street, Suite 310
                                          Cincinnati, OH 45202
                                          Telephone: (513) 361-0200
                                          Facsimile: (513) 361-0335
                                          Email: lsalzman@ralaw.com

>Gary B. Eidelman, Esq. (*pro hac vice*)
>Michael P. Cianfichi, Esq. (*pro hac vice*)
>SAUL EWING ARNSTEIN & LEHR LLP
>500 East Pratt Street, Suite 900
>Baltimore, Maryland 21202
>Telephone: (410) 332-8975
>Facsimile: (410) 332-8976
>gary.eidelman@saul.com
>michael.cianfichi@saul.com

*Counsel for Defendant, First Data Corporation*

## CERTIFICATION OF SERVICE

I hereby certify that on July 14, 2020, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notification to all parties and counsel of record via the Court's electronic filing system, and I further certify that the foregoing was served on Plaintiff Julie Kelly by electronic mail.

>*/s/ Laura E. Salzman*
>Laura E. Salzman