IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE KELLY,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION,<br><br>      Defendant. | Civil Case No. 1:19-cv-00372<br>Judge Douglas R. Cole<br>Magistrate Judge Stephanie Bowman<br><br>**PROPOSED CALENDAR ORDER** |

Pursuant to Magistrate Judge Bowman's March 30, 2020 ) Order, Plaintiff Julie Kelly and Defendant First Data Corporation hereby submit the following proposed calendar order:

1. Deadline for filing motions directed to the pleadings: **August 10, 2020;**

2. Deadline for filing any motion to amend the pleadings and/or to add additional parties: **September 14, 2020.**

3. Deadline for disclosure of lay witnesses: **October 12, 2020**.

4. Deadline for disclosure and report of Plaintiff's expert(s): **November 16, 2020**.

5. Deadline for disclosure and report of Defendant's experts: **December 14, 2020**.

6. Deadline for disclosure and report of rebuttal experts**: January 18, 2021**.

7. Discovery cut-off date: **February 15, 2021**.

8. Dispositive motion deadline: **April 12, 2021**.

9. Recommended date for status conference (if any): **The parties will contact the Court if needed**.

10. Recommended date for a final pretrial conference: **The Parties request the Court not set a date for a final pretrial conference until after the Court has ruled on Defendant's expected Rule 56 motion**.

Seen and Agree To:

| | |
|---|---|
| */s/ Julie Kelly (via email permission)* | */s/ Laura E. Salzman* |
| Julie Kelly (pro se) | Laura E. Salzman (0095304) |
| 823 Dorgene Lane | ROETZEL & ANDRESS, LPA |
| Cincinnati, OH 45244 | 250 East Fifth Street, Suite 310 |
| Jul_kelly@mac.com | Cincinnati, OH 45202 |
| | Telephone: (513) 361-0200 |
| | Facsimile: (513) 361-0335 |
| | Email: lsalzman@ralaw.com |

Gary B. Eidelman, Esq. (*pro hac vice*)
Michael P. Cianfichi, Esq. (*pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 332-8975
Facsimile: (410) 332-8976
gary.eidelman@saul.com
michael.cianfichi@saul.com

*Counsel for Defendant, First Data Corporation*

## CERTIFICATION OF SERVICE

I hereby certify that on July 14, 2020, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notification to all parties and counsel of record via the Court's electronic filing system, and I further certify that the foregoing was served on Plaintiff Julie Kelly by electronic mail.

*/s/ Laura E. Salzman*
Laura E. Salzman