# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE KELLY,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION,<br><br>  Defendant. | Civil Case No. 1:19-cv-00372-SJD-SKB<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been opened to the Court by application of Defendant, First Data Corporation, for an order pursuant to Rule 36 of the Federal Rules of Civil Procedure to deem First Data Corporation's First Set of Requests for Admission directed to Plaintiff Julie Kelly as admitted because of her failure to admit, deny, or otherwise respond, and the Court having read and considered the submissions of the parties and having heard argument of counsel, if any, and for the reasons expressed on the record and for good cause shown:

**IT IS** on this _____ day of _____ 2021;

**ORDERED** that Defendant First Data Corporation's Motion to Order Its First Set of Requests for Admission Admitted is hereby **GRANTED**;

AND IT IS FURTHER **ORDERED** that Defendant First Data Corporation's Requests for Admission Numbers 1-34 are admitted.

_____
HON. DOUGLAS R. COLE, U.S.D.J.