# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE KELLY,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION,<br><br>      Defendant. | Civil Case No. 1:19-cv-00372-SJD-SKB<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been opened to the Court by application of Defendant, First Data Corporation, for an order staying all remaining deadlines in the Court's Calendar Order (Dkt. # 53), and the Court having read and considered the submissions of the parties and having heard argument of counsel, if any, and for the reasons expressed on the record and for good cause shown:

**IT IS** on this _____ day of _____ 2021;

**ORDERED** that the discovery deadline of February 15, 2021 and the dispositive motion deadline of April 12, 2021 are hereby **STAYED** pending the Court's ruling on Defendant First Data Corporation's Motion to Order Its First Set of Requests for Admission Admitted and to Stay Remaining Deadlines.

_____
HON. DOUGLAS R. COLE, U.S.D.J.

37991480.1