IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE KELLY,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION,<br><br>   Defendant. | Civil Case No. 1:19-cv-00372-SJD-SKB<br><br>NOTICE OF MOTION |

**DEFENDANT FIRST DATA CORPORATION'S**
**MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**

  Defendant First Data Corporation, by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 56 to enter summary judgment in its favor on Count II of Plaintiff Julie Kelly's Complaint. The grounds and authorities for this Motion are set forth fully in the accompanying Memorandum of Law in Support of Defendant's Motion, Statement of Undisputed Material Facts, and exhibits, which are incorporated herein by reference.

              */s/ Laura E. Salzman*
              Laura E. Salzman (0095304)
              Roetzel & Andress, LPA
              250 East Fifth Street, Suite 310
              Cincinnati, OH 45202
              Telephone: (513) 361-0200
              Facsimile: (513) 361-0335
              Email: lsalzman@ralaw.com

              *Of Counsel*:

16668843 _1

Gary B. Eidelman, Esq.<br>
Michael P. Cianfichi, Esq.<br>
Saul Ewing Arnstein & Lehr LLP<br>
500 East Pratt Street, Suite 900<br>
Baltimore, Maryland 21202<br>
Telephone: (410) 332-8975<br>
Facsimile: (410) 332-8976<br>
gary.eidelman@saul.com<br>
michael.cianfichi@saul.com

*Attorneys for Defendant First Data Corporation,*

Dated: May 10, 2021

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing, along with the required Notice to *Pro Se* Litigant Opposing motion for Summary Judgment, was served on all parties of record via ECF, and first class mail.

*/s/ Laura E. Salzman*
Laura E. Salzman (0095304)

Dated: May 10, 2021