# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JULIE KELLY,                                 Civil Case No. 1:19-cv-00372

        Plaintiff,

v.

FIRST DATA CORPORATION,

        Defendant.

## **AFFIDAVIT OF ROBIN ORDING**

ROBIN ORDING, being duly sworn, deposes and says:

1. My name is Robin Ording. I am above the age of majority and am competent to provide this written sworn testimony under oath.

2. I submit this affidavit in support of Defendant First Data Corporation's Motion for Summary Judgment in the above-captioned matter brought by Plaintiff Julie Kelly. This affidavit is based on my personal knowledge.

3. My current job title is Vice President of Talent Development. I have held this position for over five years. My office location is in New York City.

4. In November 2016, I became the interim leader of the Sales Transformation and Training Group and began overseeing Charging Party's employment.

5. I became the permanent leader of the Sales Transformation and Training Group in January 2017.

6. I supervised Kelly from November 2016 through her voluntary resignation on November 30, 2017.

7. Kelly never advised me that she suffered from a disability.

8. Kelly never requested or advised me that she needed an accommodation due to a disability.

9. Kelly never advised me that she had been granted an accommodation because of a disability by any of her previous supervisors.

10. Had Kelly been granted an ongoing accommodation due to a disability, the Human Resources Department would have advised me of that accommodation when I took over the Sales Transformation and Training Group in November 2016.

11. The Human Resources Department never advised me that Kelly had an ongoing disability accommodation.

12. In November 2017, Kelly informed me that due to serious personal and family issues involving her children, she and her husband decided it would be best for her to resign from her employment to stay at home.

13. In response, I suggested that rather than resigning, Kelly should consider requesting a leave of absence or permission to temporarily work from home. Kelly declined my suggestion.

14. On November 14, 2017, Kelly emailed notice of her resignation of employment effective November 30, 2017.

15. I declare under the penalty of perjury that the foregoing is true and correct.

                                                                                      _/s/ Robin Ording_
                                                                                      Robin Ording

Sworn to before me this

6th day of May, 2021

_/s/_
Notary Public

Samuel Antonio Pena
Notary Public, State of New York
No. 01PE6393881
Qualified in Suffolk County
Commission Expires 06/24/2023