## APPENDIX C

## NOTICE TO *PRO SE* LITIGANT
## OPPOSING MOTION FOR SUMMARY JUDGMENT

DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNNATI

The purpose of this notice is to advise you that the defendant has filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial.  The defendant argues that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

The defendant's motion may be granted and your claims may be dismissed without further notice if you do not oppose the motion by filing an opposition brief that complies with Rule 56 of the Federal Rules of Civil Procedure and this Court's Standing Order on Civil Procedures.  Copies of Rule 56 and the Court's Standing Order on Civil Procedure are attached to this notice.  You should read them carefully.  You must file your opposition brief with the Clerk of the Court and serve a copy to defendant's counsel WITHIN 21 DAYS of the date of service of defendant's motion for summary judgment.