# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

JULIE KELLY,

    Plaintiff,

v.

FIRST DATA CORPORATION,

    Defendant.

Civil Case No. 1:19-cv-00372-SJD-SKB

**NOTICE OF WITHDRAWAL OF MICHAEL P. CIANFICHI**

    Please take notice that Michael P. Cianfichi of the law firm Saul Ewing Arnstein & Lehr LLP hereby withdraws his appearance as counsel for Defendant First Data Corporation, as he will no longer be employed by Saul Ewing Arnstein & Lehr effective on June 4, 2021. Gary B. Eidelman, also of Saul Ewing Arnstein & Lehr, and Laura E. Salzman, will remain as counsel for Defendant.

    */s/ Michael P. Cianfichi*

Michael P. Cianfichi, Esq.
Saul Ewing Arnstein & Lehr LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 332-8975
Facsimile: (410) 332-8976
gary.eidelman@saul.com
michael.cianfichi@saul.com

*Attorney for Defendant First Data Corporation*

Dated: June 3, 2021

## CERTIFICATION OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served on all parties of record via ECF.

<u>/s/Michael P. Cianfichi</u>
Michael P. Cianfichi

Dated: June 3, 2021