AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Julie Kelly | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-cv-372 |
| First Data Corporation | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** the Report and Recommendation (Doc. 62) is adopted. The Court thus grants First Data's Motion for Summary Judgment (Doc. 57) and dismisses the sole remaining claim in Kelly's Complaint (Doc. 1) with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Douglas R. Cole   on a motion for   Summary Judgment.

Date:   12/3/21

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk